UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| | ) No. |
| vs. | ) |
| | ) 4:08CR00483 CAS |
| EDNA LATIMORE, | ) |
| | ) |
| Defendants. | ) |

## INFORMATION

### COUNT I

The United States Attorney charges that:

On or about March 29, 2007, in St. Louis County in the Eastern District of Missouri,

**EDNA LATIMORE,**

the defendant herein, did knowingly and willfully make and use a false document, to wit: a Form LM-3 Labor Organization Annual Report for 2006 for the American Federation of Government Employees - Local 900, knowing the same to contain material false, fictitious and fraudulent statements and entries relating to a matter within the jurisdiction of the United States Department of Labor. Specifically, the aforementioned form omitted approximately $77,000 in unauthorized disbursements the defendant made to herself during 2006 as Treasurer of that Local Union subordinate. In violation of Title 18, United States Code Section 1001(a)(3).

CATHERINE L. HANAWAY
United States Attorney

_____
Thomas C. Albus, #96250
Assistant United States Attorney

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| EASTERN DIVISION | ) |
| EASTERN DISTRICT OF MISSOURI | ) |

I, Thomas C. Albus, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

_____
THOMAS C. ALBUS

Subscribed and sworn to before me this 7th day of August 2008.

_____
CLERK, U.S. DISTRICT COURT

By: _____
DEPUTY CLERK